In the Matter of Malcolm H. Bloomer, Appellant, v. William E. Kirwan, as Superintendent of State Police, Respondent.—

Staley, Jr., J. P., Greenblott, Cooke, Sweeney and Simons, JJ., concur.